CHARLES GIANETTI *v.* GREATER BRIDGEPORT INDIVIDUAL PRACTICE ASSOCIATION ET AL.

CHARLES GIANETTI *v.* PHYSICIANS HEALTH SERVICES, INC., ET AL.
(AC 27815)

Harper, Lavine and Pellegrino, Js.

Argued January 15—officially released February 3, 2009

Per Curiam. The judgment is affirmed.

CECELIA LEBBY *v.* JOHN MCKENNA ET AL.
(AC 29676)

Bishop, Gruendel and Borden, Js.

Argued January 21—officially released February 3, 2009

Per Curiam. The judgment is affirmed.

CECELIA LEBBY *v.* JOHN MCKENNA ET AL.
(AC 29677)

Bishop, Gruendel and Borden, Js.

Argued January 21—officially released February 3, 2009

Per Curiam. The judgment is affirmed.